```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

VICKI PATTERSON,                )
                                )
    Plaintiff,                 )
                                )
        v.                    )   NO. 3:10-0704
                                )
KROGER LIMITED PARTNERSHIP I,   )   Judge Haynes/Bryant
                                )
    Defendant.                 )

### O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, September 20, 2010,** at **10:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to September 20, 2010.

It is so **ORDERED**.

                                                s/ John S. Bryant
                                                JOHN S. BRYANT
                                                United States Magistrate Judge