IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VICKIE PATTERSON,

    Plaintiff,

v.                                      CASE NO.: 3:10-cv-00704
                                        Judge Haynes/Bryant

KROGER LIMITED PARTNERSHIP I,

    Defendant.

_____/

## CONSENT MOTION TO EXTEND DEADLINE

COMES NOW Plaintiff Vickie Patterson, by way of agreement with Defendant, and moves to extend the deadline to meet and discuss settlement pursuant to the Court's Initial Case Management Order dated September 28, 2010.[1] (ECF No. 18). The Parties have agreed to have a face to face meeting to discuss settlement prospects no later than December 16, 2010. Following this meeting the Parties will file a report as required by the Court's order.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion to extend the deadline to meet and discuss settlement as set forth herein.

December 6, 2010

                                                                    Respectfully submitted,

                                                                    COLLINS LAW FIRM
                                                                    */s Heather Moore Collins*
                                                                    Heather Moore Collins, BPR # 026099
                                                                    2002 Richard Jones Rd., Suite 200-B
                                                                    Nashville, Tennessee 37215

---

[1] The current deadline is December 6, 2010. Defendant's lead counsel in this matter is in Chicago, Illinois. Currently, the Parties have depositions scheduled for December 14 and 16, 2010, and Defendant's Counsel has requested not to make two trips in December for the sake of efficiency and economy. Thus, the face to face settlement discussions will take place when Chicago counsel is in town for depositions.

1