```
                    UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION
```

VICKIE PATTERSON,              )
                               )
    Plaintiff,                 )
                               )
        v.                     )    NO.  3:10-0704
                               )    Judge Haynes/Bryant
KROGER LIMITED PARTNERSHIP I,  )
                               )
    Defendant.                 )

## O R D E R

Counsel for the parties have filed an Agreed Stipulation of Dismissal (Docket Entry No. 26) of this case.  There is nothing further to be done by the undersigned in this matter.  The Clerk is directed to return the file to the District Judge for his consideration of the agreed stipulation of dismissal.

It is so **ORDERED**.

                                            s/ John S. Bryant
                                            JOHN S. BRYANT
                                            United States Magistrate Judge