**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **VICKIE PATTERSON** | ) | |
| | ) | |
| | ) | **Case No. 3:10-0704** |
| **v.** | ) | **JUDGE SHARP** |
| | ) | |
| **KROGER LIMITED PARTNERSHIP, I** | ) | |

## <u>O R D E R</u>

Pursuant to the Agreed Stipulation of Dismissal (Docket Entry No. 8) filed by the parties,

this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of

Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE